UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION | Case No. 4:10-MD-2186-BLW<br><br>**ORDER** |
| THIS DOCUMENT RELATES TO:<br><br>*Vander Heiden, et al v. United Potato Growers of America, Inc., et al.*<br><br>*Rizzo, et al. v. United Potato Growers of America, Inc., et al.* | 4:10-CV-00546-BLW<br>4:10-CV-00576-BLW |

The Court has before it the Unopposed Motion for Leave to File a Supplemental Reply Brief in Support of Motion to Dismiss Claims Against United Potato Growers of Canada (Dkt. 153 in Case No. 4:10-MD-2186-BLW, Dkt. 130 in Case No. 4:10-CV-00546-BLW, and Dkt. 147 in Case No. 4:10-CV-00576-BLW). Good cause appearing, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1. The Supplemental Reply Brief attached as Exhibit A to the motion is deemed filed.

2. Indirect Purchases may file a sur-reply brief, no more than 3 pages in

length, on or before August 29, 2011.

DATED: **August 22, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge